# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SYED M. ALAM,

    Plaintiff,

v.                                         Case No. 05-C-027

MILLER BREWING COMPANY,

    Defendant.

## ORDER REGARDING DISCOVERY AND SUMMARY JUDGMENT

Based on the foregoing Stipulation, this Court hereby enters the following Order ("Order"):

1. The deadline for defendant to conduct non-expert related discovery is extended from November 22, 2005 to **December 21, 2005**.

2. The deadline for plaintiff to conduct non-expert related discovery remains **November 22, 2005**.

3. The deadline for defendant to file a motion for summary judgment is extended from December 22, 2005 until **January 20, 2006**.

4. The deadline for plaintiff to file a response to defendant's motion for summary judgment is extended from February 1, 2006 to **March 2, 2006**.

5. The deadline for defendant to file a reply in support of its motion for summary judgment is extended from February 16, 2006 to **March 24, 2006**.

6. All other deadlines in the case remain unchanged.

7. Defendant shall consider in good faith an extension of plaintiff's non-expert discovery deadline based on new information, if any, learned during Gavin Hattersley's deposition

on November 4, 2005, and the deposition of Defendant's CEO Norman Adami, which Defendant opposes, if the Court orders that such deposition shall occur after the filing of a discovery motion.

Dated at Milwaukee, Wisconsin, this 12th day of October, 2005.

BY THE COURT:

s/Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge