# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SYED M. ALAM,**

    **Plaintiff,**

  **v.**                                                                            Case No. 05-C-0027

**MILLER BREWING COMPANY,**

    **Defendant.**

## ORDER OF DISMISSAL

    Based on the parties' Stipulation of Dismissal, the Court hereby orders that the complaint be dismissed with prejudice and without costs to either party.

    Dated at Milwaukee, Wisconsin, this 20th day of January, 2006.

                                                  **BY THE COURT**

                                                  **s/ Rudolph T. Randa**
                                                  **HON. RUDOLPH T. RANDA**
                                                  **Chief Judge**